# Third District Court of Appeal

## State of Florida

Opinion filed February 27, 2019.

_____

No. 3D19-166
Lower Tribunal No. 18-1365-K
_____

**Skip Stuart Stanley,**
Appellant,

vs.

**Sheriff Rick Ramsay,**
Appellee.

_____

No. 3D19-167
Lower Tribunal No. 18-1366-K
_____

**Skip Stuart Stanley,**
Appellant,

vs.

**Sheriff Don Catala,**
Appellee.

_____

No. 3D19-168
Lower Tribunal No. 18-1367-K

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**Deputy Sheriff Aaron Roddy,**
Appellee.

_____

No. 3D19-170
Lower Tribunal No. 18-1467-K

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**Sheriff Don Catala,**
Appellee.

_____

No. 3D19-171
Lower Tribunal No. 18-1468-K

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**Sheriff Rick Ramsay,**
Appellee.

————————————

No. 3D19-204
Lower Tribunal No. 18-1312-K

————————————


**Skip Stuart Stanley,**
Appellant,

vs.

**George Braff, et al.,**
Appellees.

————————————

No. 3D19-205
Lower Tribunal No. 18-1313-K

————————————


**Skip Stuart Stanley,**
Appellant,

vs.

**George Braff, et al.,**
Appellees.

————————————

No. 3D19-206
Lower Tribunal No. 18-1315-K

3

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**George Braff, et al.,**
Appellees.

_____

No. 3D19-207
Lower Tribunal No. 18-1363-K
_____

**Skip Stuart Stanley,**
Appellant,

vs.

**George Braff, et al.,**
Appellees.

_____

No. 3D19-208
Lower Tribunal No. 18-1417-K
_____

**Skip Stuart Stanley,**
Appellant,

vs.

**George Braff, et al.,**

4

Appellees.

_____

No. 3D19-209
Lower Tribunal No. 18-1466-K

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**George Braff,**
Appellee.

_____

No. 3D19-210
Lower Tribunal No. 18-1418-K

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**Eric Moore, etc.,**
Appellee.

_____

No. 3D19-211
Lower Tribunal No. 18-1394-K

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**Eric Moore, etc.,**
Appellee.

_____

No. 3D19-212
Lower Tribunal No. 18-1454-K

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**Cara Higgins, etc.,**
Appellee.

_____

No. 3D19-213
Lower Tribunal No. 18-1449-K

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**Chief Judge Mark H. Jones, etc.,**
Appellee.

_____

No. 3D19-214
Lower Tribunal No. 18-1450-K
_____


**Skip Stuart Stanley,**
Appellant,


vs.


**Chief Judge Mark H. Jones, etc.,**
Appellee.


_____


No. 3D19-215
Lower Tribunal No. 18-1452-K
_____


**Skip Stuart Stanley,**
Appellant,


vs.


**Hon. Jorge Labarga,**
Appellee.


_____


No. 3D19-217
Lower Tribunal No. 18-1453-K
_____


**Skip Stuart Stanley,**
Appellant,

7

vs.

**Judge Peary Fowler, etc.,**
Appellee.

————————

No. 3D19-218
Lower Tribunal No. 18-1411-K

————————

**Skip Stuart Stanley,**
Appellant,

vs.

**Brian Yablonski, etc.,**
Appellee.

————————

No. 3D19-219
Lower Tribunal No. 18-1412-K

————————

**Skip Stuart Stanley,**
Appellant,

vs.

**Bo Rivard, etc.,**
Appellee.

————————

No. 3D19-220
Lower Tribunal No. 18-1413-K

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**FWC Captain David Dupree, etc.,**
Appellee.

_____

No. 3D19-221
Lower Tribunal No. 18-1414-K

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**FWC Sgt. Steve Dion, etc.,**
Appellee.

_____

No. 3D19-222
Lower Tribunal No. 18-1316-K

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**Cynthia McPherson, etc.,**

9

Appellee.

————————

No. 3D19-223
Lower Tribunal No. 18-1364-K

————————

**Skip Stuart Stanley,**
Appellant,

vs.

**Cynthia McPherson, etc.,**
Appellee.

————————

No. 3D19-232
Lower Tribunal No. 18-1451-K

————————

**Skip Stuart Stanley,**
Appellant,

vs.

**Hon. Jorge Labarga,**
Appellee.

Appeals from the Circuit Court for Monroe County, Mark Wilson, Timothy J. Koenig and Bonnie J. Helms, Judges.

Skip Stuart Stanley, in proper person.

Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A., and Gregory J. Jolly (Fort Lauderdale), for appellees Sheriff Rick Ramsay, Don Catala and Aaron Roddy; Cynthia L. Hall and Paunece R. Scull, Assistant County Attorneys, for appellee Cynthia McPherson.

Before EMAS, C.J., and SALTER and MILLER, JJ.

PER CURIAM.

ORDER TO SHOW CAUSE

Appellant, Skip Stuart Stanley, filed the captioned 25 cases in this Court between January 30 and February 5, 2019, regarding unsuccessful filings in the Monroe County Circuit Court. The notices of appeal, motions, appendices, and other filings collectively state no legally cognizable cause of action and no discernible legal basis for a claim of error in any Circuit Court ruling. These 2019 filings follow a series of unsuccessful and similar filings in this Court in 2017.

Upon its own motion, the Court now consolidates these twenty-five cases under Case No. 3D19-166, Stanley v. Sheriff Rick Ramsay, and orders the appellant to show good cause in writing, within 20 days from the date of this Order, why these cases should not be dismissed as frivolous and an abuse of process. See Ardis v. Ardis, 130 So. 3d 791 (Fla. 1st DCA 2014); Fla. R. App. P. 9.410. The appellant's response shall also show good cause in writing, within the same filing and 20-day period, why he should not be barred from proceeding pro se in any case before this

11

court, with direction to the Clerk of this Court not to accept any future filings from him unless they are signed by a member in good standing of The Florida Bar.